COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-12-01042-CR

Style:      Gboweh Dickson George

     **v** The State of Texas

Date motion filed[*]:      June 21, 2013

Type of motion:      Motion for extension of time to file appellant's brief

Party filing motion:      Appellant

Document to be filed:      Appellant's brief

Is appeal accelerated? No

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due:   July 5, 2013

         ☑      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

**Appellant requests an extension of time to file his brief until 10 days after this Court issues an order on appellant's motion to view sealed transcripts. We granted appellant's motion to view sealed transcripts on June 24, 2013. Accordingly, we grant appellant's motion for extension of time and order appellant's brief be filed no later than July 5, 2013. No further extensions of time will be granted absent extraordinary circumstances.**

Judge's signature: /s/ Terry Jennings _____

         ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date:   July 1, 2013

November 7, 2008 Revision